**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Camille FORD, Defendant–Appellant.**

No. 02–6684.

United States Court of Appeals,
Fourth Circuit.

Submitted June 20, 2002.

Decided June 27, 2002.

Camille Ford, Appellant Pro Se. Laura P. Tayman, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Camille Ford appeals the district court's order denying her motion for modification of sentence. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Ford,* No. CR–94–163–18–2 (E.D.Va., filed Apr. 10, 2002; entered Apr. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*